
**ORIGINAL**

**FILED**

AUG 2 4 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile: (408) 354-5513

5  Trustee for Debtors

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| CALVIN LESLIE HADDIX | Case No. 06-50019 ASW |
| SHIRLEY MARIE HADDIX | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

The final dividend to Creditor, CACV MARYLAND NATIONAL BANK in the above entitled matter was returned marked: CREDITOR DID NOT FILE A CHANGE OF ADDRESS

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $628.28 as an unclaimed dividend.

Claim # 15  CACV MARYLAND NATIONAL BANK
            CACV CACH OF COLORADO COLLECT
            370 17TH ST #5000
            DENVER, CO 80202

Dated: August 20, 2009

_____
DEVIN DERHAM-BURK, TRUSTEE

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013



```
CACH370*  802023089 1A07 05 12/15/08
FORWARD TIME EXP RTN TO SEND
CACH LLC
4340 S MONACO ST UNIT 2
DENVER CO 80237-3408

RETURN TO SENDER
```